# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -1 PM 3: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **GARY C. HANEY,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **UNITED STATES CUSTOMS SERVICE,** | **CASE NO: 2:03-2530-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on July 25, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

8/1/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_Carline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-2-05

(23)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CV-02530 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gary C. Haney
1502 Spinnwebber Cr.
Pocahontas, AR 72455

Honorable J. Breen
US DISTRICT COURT